# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-60205
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 8, 2023

Lyle W. Cayce
Clerk

Norma Edith Jaquez Garay,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

————————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A220 390 629

————————————————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Norma Edith Jaquez Garay, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from an order of an Immigration Judge denying her application for, inter alia, cancellation of removal and ordering her removed. She argues that her due process rights were infringed in connection with her cancellation

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60205

proceedings. Cancellation of removal is a discretionary form of relief. *See Santos-Zacaria v. Garland*, 143 S. Ct. 1103, 1117–18 (2023); 8 U.S.C. § 1229b(b)(1), (b)(2). Aliens have no due process rights with respect to discretionary relief. *Ramos-Portillo v. Barr*, 919 F.3d 955, 963 (5th Cir. 2019). Her due process argument is thus unavailing, and her petition for review is DENIED.